IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAESAR ROWE | : | CIVIL ACTION |
| *Plaintiff, Pro Se* | : | |
| | : | NO. 14-7018 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security | : | |
| Administration | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 17th day of April 2015, upon consideration of the *motion to dismiss Plaintiff's complaint* filed by the United States Department of Justice on behalf of the Acting Commissioner of Social Security Administration, [ECF 8], and no response thereto, it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that the motion is **GRANTED** and Plaintiff's complaint is **DISMISSED**.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**